# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| URIEL GONZALEZ, | ) | No. CV 13-5248-PA (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RALPH M. DIAZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: October 29, 2014

  HONORABLE PERCY ANDERSON
  UNITED STATES DISTRICT JUDGE